
## COUNTY OF NASSAU
## OFFICE OF THE COUNTY ATTORNEY

November 4, 2021

**Via ECF**

Hon. Denis R. Hurley
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: Wallack v. Siar
      CV-17-0166 (DRH) (ARL)

Dear Judge Hurley:

This office represents Sergeant Siar, the defendant in the above-referenced action. Pursuant to the Court's October 27, 2021 directive, this letter is respectfully submitted as the parties' joint status report.

Although this case has been resolved, settlement funds have not yet been released. The delay is in part related to the timeframe when executed closing documents were received, as well as internal settlement procedures.

Counsel for Plaintiff and the undersigned have discussed filing the stipulation of discontinuance at this juncture. Plaintiff's counsel, however, prefers to do so only after receiving the settlement funds.

Both parties are amenable to the Court marking the case "administratively closed" subject to re-opening if the funds are not disbursed by January 31, 2022.

Thank you for your time and attention to this matter.

                Respectfully submitted,

                *Liora M. Ben-Sorek*
                Liora M. Ben-Sorek
                Deputy County Attorney

cc: Alan D. Levine, Esq. (Via ECF)